Nov. Term,
1856.

The Presi-
dent, &c., of
Lamasco City
v.
Kessler.

Friday,
January 16,
1857.

## Watson v. Straughan.

APPEAL from the *Hendrick's* Circuit Court.

*Per Curiam.*—This case falls within *Matlock* v. *Strange*, at the present term, and is reversed with costs, and remanded for further proceedings (1).

. *C. C. Nave* and *J. Witherow*, for the appellant.

(1) *Ante*, 57.

---

## The President, &c., of Lamasco City v. Kessler and Others.

Friday,
January 16,
1857.

APPEAL from the *Vanderburgh* Circuit Court.

*Per Curiam.*—This case falls within *Zehnor* v. *Beard*, at the present term (1).

The judgment is affirmed with costs.

*J. Law, O. H. Smith,* and *H. Plumer,* for the appellants.

*A. P. Hovey,* for the appellees.

(1) *Ante,* 96. *The President,* &c., *of the Terre Haute and Richmond Railroad Company* v. *McCormack,* on appeal from the *Hendricks* Circuit Court, was this day affirmed for the same reason. *H. C. Newcomb* and *J. S. Harvey,* for the appellants. *C. C. Nave,* for the appellee.